**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RYAN CASTILLO,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>FIGUEROA, Warden,<br><br>　　　　Respondent. | No. ED CV 14-02644-JAK (DFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: 11/10/15

_____
JOHN A. KRONSTADT
United States District Judge